**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 27, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00157-CV
_____

**ORLANDO TARANGO MARTINEZ AND SONYA ANN MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MINOR, MARIAH ALEXANDRIA MARTINEZ, DESTINY JANAY MARTINEZ, JULISSA AMARIE MARTINEZ AND ORLANDO MARTINEZ, JR., Appellants**

**V.**

**DCP MIDSTREAM, LP, JOHN PAUL WHITE AND MARK ANTHONY BARERRA, Appellees**

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-60902**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 17, 2016. On September

14, 2016, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.